JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JOSEPH HOUSE,<br><br>    Petitioner,<br><br>    v.<br><br>CALIFORNIA INSTITUTION FOR MEN,<br><br>    Respondent. | Case No. 2:17-cv-04584-VBF (KES)<br><br>**JUDGMENT** |

Pursuant to this Court's contemporaneously issued Order Summarily Dismissing the Petition for Writ of Habeas Corpus With Prejudice as Untimely, Directing a Separate Ruling on a Certificate of Appealability, Directing the Entry of Separate Judgment, and Terminating and Closing the Case, **final judgment is hereby entered in favor of the respondent government and against petitioner Gregory Joseph House.**

Dated: August 28, 2017

*Valerie Baker Fairbank*
_____

Honorable Valerie Baker Fairbank
UNITED STATES DISTRICT JUDGE